BARRY GOLDBERG, P.C.
ATTORNEY AT LAW
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007
(917) 682-0364

July 7, 2021

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2021

VIA ECF

    Re: United States vs. Tatiana LaForest
    CASE NO. 21-CR-272 CM

MEMO ENDORSED

Dear Judge McMahon:

    As the Court is aware, I represent the above named defendant, Tatiana LaForest. At this time, we are hereby requesting a modification of her release order. I respectfully request the removal of any curfew for Tatiana LaForest. I have spoken AUSA Matthew Shahabian, as well as Pretrial Services Officer Joshua Rothman, who have no objection to the proposed modification to end the curfew restrictions. The government is still requesting that she be subjected to stand alone GPS.

    Thank you for your anticipated consideration in this matter. If you have any questions please feel free to contact my office.

Yours Truly,

*s/Barry Goldberg*

Barry Goldberg, Esq.

SO ORDERED:

_____
Honorable Colleen McMahon

7/8/2021

CC: AUSA MATTHEW SHAHABIAN,
    PRETRIAL SERVICES OFFICER JOSHUA ROTHMAN