```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :         21-CR-272-3
    -against-                           :
                                        :            ORDER
   Tatiana Laforest                     :
                                        :
       Defendant                        :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2023

Colleen McMahon, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include drug testing and treatment as directed by Pretrial Services.

Dated: New York, New York

May 25, 2023

SO ORDERED:

_____
Honorable Colleen McMahon
United States District Judge